RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2/6/08

# UNTIED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| JENNIFER DUPRE and DOUGLAS DUPRE<br><br>versus<br><br>EMPLOYEE BENEFIT SERVICES; AMERICAN HEALTH HOLDING INC.; and MANAGEMENT SEVEN LLC. | CIVIL ACTION NO. 2:07CV1552 |

### ORDER

Considering the foregoing Motion,

This matter is hereby dismissed in its entirety, without prejudice, with each party to bear its own costs.

Lafayette, ~~Lake Charles~~, Louisiana, this 6th day of February, 2008.

_____
JUDGE